**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Dudley Joseph Bernard v. The State of Texas

Appellate case number:   01-22-00877-CR

Trial court case number:  19-CR-3701

Trial court:                       122nd District Court of Galveston County

On December 27, 2022, Appellant Dudley Joseph Bernard filed a Motion for Extension of Time to File Bill of Exceptions in the Trial Court.  The motion is **granted**.  The deadline for filing the Bill of Exceptions is January 26, 2023.  TEX. R. APP. P. 33.2(e)(3).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  January 5, 2023